UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | | |
|---|---|---|
| MATHEW ROGERS, individually and on behalf of all others similarly situated | Case No. | 3:25-cv-00963 |
| v. | Judge | William L. Campbell, Jr. |
| DUKE & CO, LLC d/b/a DYNAMIC CAPITAL | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Samuel J. Strauss hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Matthew Rogers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: Western District of Wisconsin

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

   N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

   N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

   N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC.
223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203
Telephone: (615) 254-8801, gstranch@stranchlaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/  Signature

Name: Samuel J. Strauss

State where admitted and State Bar Number: Wisconsin, SBN: 1113942

Business Address: 980 N. Michigan Ave., Suite 1610, Chicago, IL 60611

Local Address [if different from above]:

Phone: (872) 263-1100

Email: sam@straussborrelli.com

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

See attached.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has this day been furnished to the following, via U.S. Mail, this 26th day of August, 2025.

    Duke & Co, LLC
    c/o its Registered Agent
    222 Marketing LLC
    333 SE 2nd Ave., Suite 2000
    Miami, FL 33131

                                By: */s/ Samuel J. Strauss*
                                    Samuel J. Strauss
                                    STRAUSS BORRELLI PLLC
                                    One Magnificent Mile
                                    980 N. Michigan Ave., Suite 1610
                                    Chicago, IL 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109
                                    sam@straussborrelli.com