# *United States District Court*
# *Western District of Wisconsin*



# Certificate of Good Standing

I certify that Samuel J. Strauss was duly admitted to practice in the United States District Court for the Western District of Wisconsin on November 14, 2018 and is in good standing in this court.

Dated this 5th day of August, 2025.

Joel Turner, Clerk of Court

By _____
Deputy Clerk