# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **MATHEW ROGERS,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> **DUKE & CO, LLC d/b/a DYNAMIC CAPITAL** <br><br> *Defendant.* | Case No. 3:25-cv-00963 <br><br> PLAINTIFF'S MOTION FOR ENTRY OF AMENDED CIVIL COVER SHEET <br><br> Honorable Chief Judge William L. Campbell, Jr <br><br> Honorable Magistrate Judge Alistair Newbern |

## **PLAINTIFF'S MOTION FOR ENTRY OF AMENDED CIVIL COVER SHEET**

Plaintiff Mathew Rogers, by and through his undersigned counsel, respectfully moves this Court for leave to file an Amended Civil Cover Sheet, attached hereto as **Exhibit A,** correcting the previously filed civil cover sheet dated August 25, 2025 [ECF 1-1].

In support of this Motion, the Plaintiff states as follows:

1. Plaintiff filed the above-captioned complaint on August 25, 2025. ECF 1.

2. At the time of filing, a Civil Cover Sheet (Form JS 44) was submitted as required. ECF 1-1.

3. After review, it has come to the attention of Plaintiff that the original Civil Cover Sheet contained clerical errors, specifically in the following sections:

- Nature of Suit should be updated to: 485 Telephone Consumer Protection Act (TCPA)
- Cause should be updated to: 47:227 Restrictions of Use of Telephone Equipment
- Jurisdiction should be updated to: Federal Question

4. Plaintiff now seeks to correct these errors to ensure the record is accurate and complete. An Amended Civil Cover Sheet reflecting the changes noted above is attached hereto as **Exhibit A.**

5. No party will be prejudiced by the filing of the Amended Civil Cover Sheet.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order (1) granting Plaintiff leave to file an Amended Civil Cover Sheet and (2) directing the Civil Docketing Clerk to update the Cause, Nature of Suit, and Jurisdiction in this matter on Pacer and/or CM/ECF, to reflect the changes included in the Amended Civil Cover Sheet.

Date: October 7, 2025

By */s/ Samuel J. Strauss*
Samuel J. Strauss, *pro hac vice*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on October 7, 2025, I caused the foregoing to be electronically filed using the Court's CM/ECF system which will send an electronic copy of the foregoing document to all parties and counsel of record.

DATED this 7th day of October, 2025.

By */s/ Samuel J. Strauss*
Samuel J. Strauss, *pro hac vice*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com