# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **MATHEW ROGERS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**DUKE & CO, LLC d/b/a DYNAMIC CAPITAL**<br><br>*Defendant.* | Case No. 3:25-cv-00963<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AMENDED CIVIL COVER SHEET<br><br>Honorable Chief Judge William L. Campbell, Jr<br><br>Honorable Magistrate Judge Alistair Newbern |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AMENDED CIVIL COVER SHEET

The Court, having considered Plaintiff's Motion for Entry of Amended Civil Cover Sheet, hereby grants Plaintiff's motion and orders as follows:

1. Plaintiff is granted leave to file an Amended Civil Cover Sheet (ECF 13-1).

2. The Civil Docketing Clerk shall update the Nature of Suit, Cause, and Jurisdiction sections of this matter on Pacer and/or CM/ECF.

Dated: _____

JUDICIAL OFFICER: _____