# UNITED STATES DISTRICT COURT
for the
THE MIDDLE DISTRICT OF TENNESSEE

MATHEW ROGERS, individually and on behalf of all others similarly situated,

*Plaintiff*

v.

DUKE & CO, LLC d/b/a DYNAMIC CAPITAL

*Defendant*

Civil Action No. 3:25-cv-0963

## AFFIDAVIT OF SERVICE

I, J Lee Vause Jr, being duly sworn, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Duke & Co, LLC d/b/a Dynamic Capital in Leon County, FL on October 10, 2025 at 1:06 pm at 1201 Hays St, Tallahassee, FL 32301 by leaving the following documents with MonaLisa Hart who as INTAKE_SPECIALIST at CSC is authorized by appointment or by law to receive service of process for Duke & Co, LLC d/b/a Dynamic Capital.

CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE
ORDER
PRACTICE AND PROCEDURE MANUAL FOR JUDGES AND MAGISTRATE JUDGES FOR THE MIDDLE DISTRICT OF TENNESSEE (Judge William L. Campbell, Jr.)

White Female, est. age 35-44, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.4425743,-84.2626421
Photograph: See Exhibit 1

Total Cost: $170.00

_____
Signature
J Lee Vause Jr
+1 (850) 510-2797

Subscribed and sworn to before me this 14th day of October, 2025, by J. Lee Vause, Jr.
Witness my hand and official seal.

_____
Notary Public

My commission expires:
_____



CYNTHIA B. SULLIVAN
MY COMMISSION # HH 464590
EXPIRES: December 22, 2027



# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

MATHEW ROGERS, et al.

*Plaintiff(s)*

v.

DUKE & CO, LLC d/b/a DYNAMIC CAPITAL

*Defendant(s)*

Civil Action No. 3:25-cv-0963

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Duke & Co, LLC d/b/a Dynamic Capital
Registered Agent: 222 Marketing LLC
333 SE 2nd Ave.
Suite 2000
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave, Ste. 200
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/26/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: