# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **MATHEW ROGERS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DUKE & CO, LLC d/b/a DYNAMIC CAPITAL**<br><br>*Defendant.* | Case No. 3:25-cv-00963<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Honorable Chief Judge William L. Campbell, Jr<br><br>Honorable Magistrate Judge Alistair Newbern |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

The Court, having considered Plaintiff's Motion to Continue Initial Case Management Conference (ECF 15), hereby grants Plaintiff's motion and orders as follows:

1. The telephonic Initial Case Management Conference currently set for October 21, 2025 at 9:30 A.M. CT in front of the Honorable Magistrate Alistair Newbern shall be reset to: _____.

2. _____

Dated:_____

                                                                                             HONORABLE MAGISTRATE JUDGE
                                                                                             ALISTAIR NEWBERN