UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATHEW ROGERS,

    Plaintiff,

    v.

DUKE & CO., LLC,

    Defendant.

Case No. 3:25-cv-00963

Chief Judge William L. Campbell, Jr.
Magistrate Judge Alistair E. Newbern

## ORDER

On October 14, 2025, Plaintiff filed a motion to continue the initial case management conference set on October 21, 2025, because defendant Duke & Co, LLC, has not yet appeared or filed a response to the complaint. (Doc. No. 15). The motion is GRANTED. The initial case management conference is CONTINUED to December 17, 2025, at 10:00 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge