# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT District of Tennessee

Case Number: 3:25-CV-0963

Plaintiff:
**MATHEW ROGERS,etal**

vs.

Defendant:
**DUKE & CO,LLC d/b/a DYNAMIC CAPITAL**

Received by LUIS MESA #2383 on the 7th day of October, 2025 at 9:25 am to be served on **Duke & Co, LLC D/B/A Dynamic Capital Registered Agent: 222 Marketing Llc, 333 Se 2nd Ave. Suite 2000, MIAMI, FL 33131**.

I, LUIS MESA #2383, do hereby affirm that on the **10th day of October, 2025** at **11:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, NOTICE REGARDING CONSENT OF THE PARTIES, NOTICE REGARDING BUSINESS ENTITY DISCLOSURE STATEMENT, MOTION FOR ADMISSION PRO HAC VICE** with the date and hour of service endorsed thereon by me, to: **JANE DOE** as **REGUS FRONT DESK CLERK** for **Duke & Co, LLC D/B/A Dynamic Capital Registered Agent: 222 Marketing Llc**, at the address of: **333 Se 2nd Ave. Suite 2000, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made

_____
**LUIS MESA #2383**
Process Server

**STEALTH PRIVATE INVESTIGATION SERVICES**
**P.O. BOX 123**
**BETHPAGE, TN 37022**

Our Job Serial Number: MGS-2025009497

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d