# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **MATHEW ROGERS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DUKE & CO, LLC d/b/a DYNAMIC CAPITAL,**<br><br>*Defendant.* | Case No. 3:25-cv-00963<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**<br><br>Honorable Chief Judge William L. Campbell, Jr.<br><br>Honorable Magistrate Judge Alistair Newbern |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

This matter is before the Court on Plaintiff's Motion for Entry of Default against Defendant Duke & Co, LLC d/b/a Dynamic Capital pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.01 of the U.S. District Court for the Middle District of Tennessee. Having considered the Motion and the accompanying Declaration of Anthony Paronich, the Court finds that: The requirements of Fed. R. Civ. P. 55(a) have been satisfied.

Accordingly, it is hereby ORDERED that the Clerk shall enter default against Defendant Duke & Co, LLC d/b/a Dynamic Capital pursuant to Federal Rule of Civil Procedure 55(a).

IT IS SO ORDERED.

Dated: _____          _____
                                                                                    Judge

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on December 2, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system and will send an copy to all parties and/or their counsel of record at the addresses below.

*<u>via Electronic Mail (e-mail):</u>*
Gregg Mora
gregg@dynamiccap.com

*<u>via Certified Mail:</u>*
Duke & Co, LLC d/b/a Dynamic Capital
Registered Agent: 222 Marketing LLC
333 Se 2nd Ave. Suite 2000,
Miami, FL 33131

DATED this 2nd day of December, 2025.

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
sam@straussborrelli.com

*Attorney for Plaintiff*