# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **MATHEW ROGERS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DUKE & CO, LLC d/b/a DYNAMIC CAPITAL,**<br><br>*Defendant.* | Case No. 3:25-cv-00963<br><br>**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT**<br><br>Honorable Chief Judge William L. Campbell, Jr.<br><br>Honorable Magistrate Judge Alistair Newbern |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

I, Anthony Paronich, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and M.D. Tenn. L.R. 55.01 as follows:

1. I am counsel for Plaintiff Mathew Rogers in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On October 10, 2025, at 11:50 a.m., Defendant Duke & Co, LLC d/b/a Dynamic Capital was properly served with the Summons and Complaint through its registered agent, 222 Marketing LLC, located at 333 SE 2nd Ave., Suite 2000, Miami, FL 33131. A true and correct copy of the affidavit of service for this service is attached as **Exhibit A**. The address where service was made is the same address Defendant registered with the Florida Secretary of State. A copy of that registration information is attached as **Exhibit B**.

3. Later that same day, on October 10, 2025, at 1:06 p.m., service was inadvertently attempted at 1201 Hays St., Tallahassee, FL 32301, and the affidavit of service from that second

1

attempt was inadvertently filed instead of the correct affidavit. A true and correct copy of the Tallahassee affidavit of service is on the docket at Dkt. 14.

4. On November 4, 2025, I emailed Defendant, advising it of its responsive pleading deadline and requesting that it immediately file an appearance and responsive pleading. A true and correct copy of that email is attached as **Exhibit C**.

5. On November 7, 2025, an individual identifying himself as "Greg Mora" of Dynamic Capital responded to me, claiming that service was invalid and instructing me to "prepare the appropriate Waiver of the Service of Summons form (AO 399) for our review and execution." *Id.*

6. In response, and also on November 7, 2025, I provided Mr. Mora of Dynamic Capital with proof of valid service and offered a two-week extension. However, Mr. Mora did not respond.

7. The two-week extension I offered to Defendant expired on November 21, 2025. Defendant did not file an appearance or responsive pleading by that date and has not done so as of the execution of this declaration.

8. On November 24, 2025, one of Plaintiff's attorneys emailed Defendant to advise it that the affidavit of service was filed, and that we will proceed with a motion for entry of default on December 1, 2025, if Dynamic Capital does not file an answer or responsive pleading by that date. A true and correct copy of that email is attached as **Exhibit D**. Defendant did not file an appearance or responsive pleading by December 1, 2025.

9. Defendant has failed to plead or otherwise defend. Defendant was served on October 10, 2025, yet has not filed an answer or any other responsive pleading, despite

2

Case 3:25-cv-00963    Document 19    Filed 12/02/25    Page 2 of 4 PageID #: 60

acknowledging the lawsuit by email. Defendant has therefore failed to plead or otherwise defend within the meaning of Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 2nd day of December, 2025.

/s/ Anthony I. Paronich
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on December 2, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system and will send an copy to all parties and/or their counsel of record at the addresses below.

***via Electronic Mail (e-mail):***
Gregg Mora
gregg@dynamiccap.com

***via Certified Mail:***
Duke & Co, LLC d/b/a Dynamic Capital
Registered Agent: 222 Marketing LLC
333 Se 2nd Ave. Suite 2000,
Miami, FL 33131

DATED this 2nd day of December, 2025.

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
sam@straussborrelli.com