# — EXHIBIT  B —



Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

# Detail by Entity Name

Florida Limited Liability Company
DUKE & CO, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000141484 |
| **FEI/EIN Number** | 46-4233817 |
| **Date Filed** | 10/07/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 05/10/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

333 SE 2nd Ave
Suite 2000
Miami, FL 33131

Changed: 03/26/2021

**Mailing Address**

333 SE 2nd Ave
Suite 2000
Miami, FL 33131

Changed: 03/26/2021

**Registered Agent Name & Address**

222 Marketing LLC
333 SE 2nd Ave
Suite 2000
Miami, FL 33131

Name Changed: 04/23/2018

Address Changed: 03/26/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

222 MARKETING LLC

333 SE 2nd Ave

Suite 2000

Miami, FL 33131

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2023 | 03/21/2023 |
| 2024 | 04/07/2024 |
| 2025 | 03/17/2025 |

### Document Images

| | |
| --- | --- |
| 03/17/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/21/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 05/10/2018 -- LC Amendment | View image in PDF format |
| 04/23/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2015 -- LC INTEREST EXCHANGE | View image in PDF format |
| 03/03/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2015 -- LC INTEREST EXCHANGE | View image in PDF format |
| 01/14/2015 -- LC Amendment | View image in PDF format |
| 10/01/2014 -- REINSTATEMENT | View image in PDF format |
| 10/07/2013 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations