# — EXHIBIT C —

| **From:** | Anthony Paronich |
|---|---|
| **To:** | Gregg Mora |
| **Cc:** | TCPA Team |
| **Subject:** | Re: Rogers v. Duke & Co, LLC d/b/a Dynamic Capital, Civil Action No. 3:25-cv-0963, M.D. Tennessee |
| **Date:** | Friday, November 7, 2025 3:36:15 PM |
| **Attachments:** | Duke & Co ROS.pdf |

Mr. Mora:

We will be providing all of the information the Court needs to address the default, which will also include the service you've seen and the attached service which occurred *prior* to the one that is currently on file.

Please let us know your intention by Monday and we will move forward accordingly.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Fri, Nov 7, 2025 at 12:12 PM Gregg Mora <gregg@dynamiccap.com> wrote:

> Mr. Paronich,
>
> Your return of service affidavit notes that you served an entity other than our own. You did not serve us, a member, or our registered agent. Note that our registered agent was correctly noted in the summons issued by the Court, which your process server appears to have missed. We assume this is an error on your process server's part. We had no notice of this suit until you reached out to us. If you disagree, please promptly provide information supporting your position so that we can evaluate your position on why you think service is proper. If you provide this information, we'll be able to evaluate further by the end of next week.
>
> Notwithstanding, until we receive additional information from you, our position is that

service is improper, and we have not been served and had no notice of this suit. If you attempt to default an improperly served company with knowledge that you did not serve us correctly (which we've promptly brought to your attention), and we've agreed to accept service to avoid additional cost to you, we will be forced to present this to the Court. We do not intend to waive any time to appear or respond to the Complaint as provided under the Rules after bring properly served (whether by process server or through the waiver of service forms).

On Fri, Nov 7, 2025 at 9:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Mr. Mora:
>
> We don't agree that service is invalid. We'd be willing to come to an agreement on when your company's attorney will file a responsive pleading in the next two weeks. The alternative is your company can respond to a motion for default.
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Gregg Mora <gregg@dynamiccap.com>
**Sent:** Friday, November 7, 2025 7:41 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>
**Subject:** Re: Rogers v. Duke & Co, LLC d/b/a Dynamic Capital, Civil Action No. 3:25-cv-0963, M.D. Tennessee

Mr. Paronich,

We've reviewed the return of service, and service is invalid. That point aside, we're willing to accept service without the need for you to spend the additional expense of a process server. Please prepare the appropriate Waiver of the Service of Summons form (AO 399) for our review and execution. One we accept service, we will have 60 days to appear and respond. Thank you.

On Tue, Nov 4, 2025 at 7:12 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Please be advised that Defendant's responsive pleading in the above-referenced matter was due on October 31, 2025. To date, no appearance or response has been filed with the Court. The Complaint was filed in August of 2025. Service of process was effected on October 10, 2025 and Defendant's time to answer or otherwise respond has now expired.
>
> Unless an appearance and responsive pleading are filed immediately, Plaintiff will have no choice but to move for entry of default and pursue all appropriate remedies, including judgment by default. Plaintiff is under no obligation to provide further notice before doing so.
>
> Regards,
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.