# — EXHIBIT D —

| From: | Carly Roman |
|---|---|
| To: | Anthony Paronich; Gregg Mora |
| Cc: | TCPA Team |
| Subject: | RE: Rogers v. Duke & Co, LLC d/b/a Dynamic Capital, Civil Action No. 3:25-cv-0963, M.D. Tennessee |
| Date: | Monday, November 24, 2025 4:00:51 PM |
| Attachments: | 2025-11-24 - Doc 17 - Affidavit of Service - Duke & Co - Miami, FL.pdf |
| | image001.png |

Mr. Mora,

The attached affidavit of service was filed today. We plan to proceed with a motion for entry of default on 12/1, if Dynamic Capital does not file an answer or responsive pleading by that date.

Thanks,



**Carly Roman** *She/Her*
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100   F: 872.263.1109
E: croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, November 7, 2025 3:36 PM
**To:** Gregg Mora <gregg@dynamiccap.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>
**Subject:** Re: Rogers v. Duke & Co, LLC d/b/a Dynamic Capital, Civil Action No. 3:25-cv-0963, M.D. Tennessee

Mr. Mora:

We will be providing all of the information the Court needs to address the default, which will also include the service you've seen and the attached service which occurred *prior* to the one that is currently on file.

Please let us know your intention by Monday and we will move forward accordingly.