UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATHEW ROGERS,<br><br>　　Plaintiff,<br><br>v.<br><br>DUKE & CO, LLC,<br><br>　　Defendant. | Case No. 3:25-cv-00963<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On December 2, 2025, Plaintiff Mathew Rogers filed a motion for entry of default against Defendant Duck & Co. LLC (Doc. No. 18.) The initial case management conference set on December 17, 2025, is therefore CANCELLED.

Plaintiff shall file a motion to reset the initial case management conference within seven days of the defendant's appearance if the case is not resolved in default.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge