# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

MATHEW ROGERS, individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

DUKE & CO, LLC
doing business as:
DYNAMIC CAPITAL,

        Defendant.

No. 3:25-cv-00963

Honorable Chief Judge
William L. Campbell, Jr

Honorable Magistrate Judge
Luke A. Evans

## PLAINTIFF'S NOTICE OF DISMISSAL

HERE COMES NOW Plaintiff, Mathew Rogers, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to give notice to the Court of the dismissal of this action without prejudice.

Date:  April 3, 2026

By */s/ Samuel J. Strauss*
Samuel J. Strauss (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff Mathew Rogers*

1