**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MATTHEW ROGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:25-cv-00963** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **DUKE & CO, LLC, d/b/a DYNAMIC** | ) | **MAGISTRATE JUDGE EVANS** |
| **CAPITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Pursuant to the Notice of Dismissal filed by Plaintiff Matthew Rogers (Doc. No. 26), this

case is hereby **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i). The

Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE